JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VANCE ALAN H.,[1]

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

Case No. SACV 25-1167 SSS (PVC)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that judgment is entered in Plaintiff's favor, the decision of the Commissioner is REVERSED, and this action is REMANDED for further administrative proceedings consistent with the Report and Recommendation.

DATED: September 22, 2026

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.